1  SINGER / BEA LLP
     Benjamin L. Singer (Bar No. 264295)
2    bsinger@coltsinger.com
     Douglas S. Tilley (Bar No. 265997)
3    dtilley@coltsinger.com
   601 Montgomery Street, Suite 1950
4  San Francisco, California  94111
   Telephone:    (415) 500-6080
5  Facsimile:    (415) 500-6080
   *Attorneys for Plaintiff Software Research, Inc.*
6

7  K&L GATES LLP
     Michael E. Zeliger (Bar No. 271118)
8    michael.zeliger@klgates.com
     Christopher Centurelli (not admitted)
9    christopher.centurelli@klgates.com
     V. Raman Bharatula (not admitted)
10   raman.bharatula@klgates.com
   630 Hansen Way
11 Palo Alto, California  94304
   Telephone: (650) 798-6700
12 Facsimile:  (650) 798-6701
   *Attorneys for Defendant Uptrends LLC*
13

14             UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16             SAN FRANCISCO DIVISION

| | |
|---|---|
| 17 SOFTWARE RESEARCH, INC., | CASE NO. 3:15-CV-04374-EMC |
| 18       Plaintiff, | |
| 19 v. | **CORRECTED STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| 20 UPTRENDS LLC, and DOES 1 through 10, | |
| 21       Defendants. | |

1  Plaintiff Software Research, Inc. ("Plaintiff") and Defendant Uptrends, LLC ("Defendant")
2 (collectively, the "Parties") have settled all claims in this action, including an agreement that each
3 side will bear its own costs and fees.  Plaintiff filed its Complaint on September 23, 2015, and served
4 the same upon Defendant on September 28, 2015.  (*See* Dkt. Nos. 1, 10.)  Defendant appeared on
5 December 3, 2015, by way of its Answer to Plaintiff's Complaint.  (*See* Dkt. No. 13.)  In light of the
6 their settlement, the Parties hereby stipulate, pursuant to Federal Rule of Civil Procedure
7 41(a)(1)(A)(ii), that this lawsuit be dismissed with prejudice, with each side to bear its own costs and
8 fees.

9  This Corrected Stipulation is identical in all respects to the original version submitted by the
10 Parties (*see* Dkt. No. 15), except that the Civil Local Rule 5-1(i)(3) attestation has been corrected to
11 reflect the signature of the attesting attorney.

12 Date:  December 23, 2015                                   Respectfully submitted,

13                                                                                       SINGER / BEA LLP

14                                                                                       By:  /s/ Benjamin Singer
15                                                                                            Benjamin L. Singer
                                                                                             Doug Tilley
16 IT IS SO ORDERED:                                                          *Attorneys for Software Research, Inc.*
   _____
17 Edward M. Chen
   U.S. District                                                                 K&L GATES LLP
18
                                                                                        By:  /s/ Christopher Centurelli
19                                                                                           Michael Zeliger
20                                                                                           Christopher Centurelli
                                                                                             V. Raman Bharatula
21                                                                                       *Attorneys for Uptrends LLC*

22                                              **ATTESTATION**
23  I, Doug Tilley, am the ECF user whose ECF credentials will be used to file this Stipulation.
24 Under Civil Local Rule 5-1(i)(3), I hereby attest that Benjamin Singer, lead counsel for Plaintiff
25 Software Research, Inc., and Christopher Centurelli, counsel for Defendant Uptrends LLC, have
26 concurrent in the filing of this Stipulation.

27                                                                                        /s/ Doug Tilley
                                                                                          Doug Tilley
28



- 1 -
CORRECTED STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE
41(A)(1)(A)(II)
CASE NO. 3:15-CV-04374-EMC